Charles K. Manock          #161633
cmanock@bakermanock.com
Andrew H. Woo              #261120
awoo@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for FRANK VITUCCI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>DARLENE L. GAGE, ROBERT B. GAGE, FRANK VITUCCI dba DI CICCO'S,<br><br>  Defendants. | CASE No. 1:11-cv-01732-LJO-DLB<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff JOHN MORALES ("Plaintiff") and Defendant FRANK VITUCCI ("Defendant") filed a Stipulation to Extend Time to File Responsive Pleading. After full consideration of the matter, this Court finds good cause to grant the extension pursuant to Local Rule 144(a).

IT IS THEREFORE ORDERED that Defendant's responsive pleading shall be filed no later than December 5, 2011.

IT IS SO ORDERED.

Dated:  **November 9, 2011**          /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

1030028v1

APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1030028v1

2

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT