1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   John Morales

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No.   1:11-CV-01732-LJO-DLB |
| Plaintiff, | **REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO EFFECT DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| DARLENE L. GAGE, et al. | |
| Defendants. | |

On January 17, 2012, this Court issued an Order After Settlement (Document 14) requiring that this matter be dismissed on or before February 20, 2012 or that the Parties "show cause why the action has not been dismissed."

The Parties reached an agreement on all substantive issues on January 16, 2012 and advised the Court of settlement on that same date anticipating that finalizing the settlement agreement would proceed more quickly than has in fact been the case (despite the diligent efforts of all Parties).  Counsel for Plaintiff and Defendants have been in regular contact regarding the final effectuation of settlement, and Plaintiff's counsel has been advised by Defendants' counsel that the agreement should be signed by Defendants within the next ten (10) days.

///

*Morales v. Gage, et al.*
REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO EFFECT DISMISSAL

Page 1

1  The Parties are sensitive to the deadlines set by the Court, and do not take lightly their obligation to effect an expedient disposition of the matter. In light of the foregoing, Plaintiff respectfully requests the Court's forbearance and that the Court extend the time to file dispositional papers to and including March 2, 2012.

Dated: February 17, 2012                                  MOORE LAW FIRM, P.C.


/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff John Morales

## ORDER

Upon the request of Plaintiff and good cause appearing,

IT IS HEREBY ORDERED that appropriate papers to dismiss or conclude this action in its entirety shall be filed no later than March 2, 2012.

IT IS SO ORDERED.

Dated:   **February 17, 2012**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

*Morales v. Gage, et al.*
REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO EFFECT DISMISSAL

Page 2