Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No. 1:11-CV-01732-LJO-DLB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| DARLENE L. GAGE, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 2, 2012                    MOORE LAW FIRM, P.C.


                                        /s/Tanya E. Moore
                                        Tanya E. Moore
                                        Attorneys for Plaintiff John Morales

///

*Morales v. Gage, et al.*
Notice of Voluntary Dismissal; [Proposed] Order
                        Page 1

1 **ORDER**

2  Good cause appearing,

3  IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4  The clerk is directed to close this action.

5

6

7 IT IS SO ORDERED.

8  Dated:   **March 2, 2012**                    **/s/ Lawrence J. O'Neill**
9                                                             UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28