Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>  Plaintiff,<br><br>  vs.<br><br>DARLENE L. GAGE, et al.,<br><br>  Defendants. | No. 1:11-CV-01732-LJO-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 2, 2012                MOORE LAW FIRM, P.C.


                                    /s/Tanya E. Moore
                                    Tanya E. Moore
                                    Attorneys for Plaintiff John Morales

///

# **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **March 2, 2012**            /s/ Lawrence J. O'Neill
                    UNITED STATES DISTRICT JUDGE